## The People ex rel. v. J. C. Perdue.

1. BILLS OF EXCEPTIONS—*The Judge Can Not be Required to Sign a Second Bill.*—After having signed and lodged a bill of exceptions with the clerk of his court, the judge can not, after the time for presenting it has expired, be compelled to sign and seal another and different bill of exceptions, nor can he be compelled to sign a copy of the one already signed.

**Original Proceeding.**—Petition for a mandamus to compel the judge of the court below to sign a bill of exceptions. Heard in this court on demurrer to the answer at the November term, 1901. Demurrer sustained. Opinion filed November 21, 1901.

ANDREWS & VAUSE, attorneys for petitioner.

GOLDEN, SCHOLFIELD & BOOTH, attorneys for defendant.

OPINION PER CURIAM.

This is an original proceeding in this court, by mandamus, to compel the respondent, judge of the County Court of Clark County, to sign and seal bills of exception in two certain cases heard before him in that court.

To the petition the respondent has answered setting up that he signed bills of exceptions in the cases in question and deposited them with the clerk of the County Court, but inadvertently neglected to attach his seal to them; that appeals have been prosecuted to this court; that the original bills of exceptions signed by him were certified to this court

and are now on file in this court; that the instruments presented to him and which he refused to sign as set up in the petition were not the original bills of exceptions.

To the answer a demurrer is interposed. The only act required by respondent to make the bills of exceptions complete was to attach his seal to them. After having once signed and lodged the bills of exceptions with the county clerk respondent could not, after the time for presenting the same had expired, be compelled to sign and seal other and different bills of exceptions. Nor could he be compelled to sign and seal copies of the ones already signed.

The answer to the petition is complete and a demurrer to it will be overruled.